# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| FREDERICK E. TAYLOR, | ) | CASE NO. 1:17-cv-0073 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | **MEMORANDUM OPINION** |
| | ) | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration, | ) ) ) ) | |
| DEFENDANT. | ) | |

Before the Court is the report and recommendation ("R&R") of the Magistrate Judge in the above-entitled action. (Doc. No. 15.) Under the relevant statute:

> Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made. [. . .]

28 U.S.C. § 636(b)(1)(C).

The R&R was filed on January 4, 2018. Under Fed.R.Civ.P. 6(d), an additional three days are added when computing service. Therefore, objections were not due until January 21, 2018, which fell on a Sunday. Under Rule 6(a)(1)(C), that extended the filing deadline to the next business day, January 22, 2018.

No objections were filed on or before that deadline. The failure to file written objections to a Magistrate Judge's report and recommendation constitutes a waiver of a de novo determination by the district court of an issue covered in the report. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984),

*aff'd*, 474 U.S. 140 (1985), *reh'g denied*, 474 U.S. 1111 (1986); *see United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

The Court has reviewed the Magistrate Judge's report and recommendation and accepts the same. Accordingly, the Court concludes that the Acting Commissioner's decision to deny plaintiff's applications for Disability Insurance Benefits and Supplemental Security Income was supported by substantial evidence and must be **AFFIRMED.** This case is dismissed with prejudice.

**IT IS SO ORDERED**.

Dated: January 23, 2018

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**